IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**YAHZUR A. YOSEPH,**

    **Plaintiff,**

v.                                                               Case No. 1:24-cv-137-AW-ZCB

**RICKY DIXON, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Yahzur Yoseph is a Muslim inmate. He wishes to grow a beard beyond what the Department of Corrections will allow. He sued three officials, alleging violations of the First and Fourteenth Amendment and the Religious Land Use and Institutionalized Persons Act. At issue now is his motion for preliminary injunction.

The magistrate judge issued a report and recommendation concluding I should deny the motion. ECF No. 15. Yoseph has filed no objection. Having carefully considered the matter, I now deny the motion.

As the magistrate judge explains, a "'preliminary injunction is an extraordinary and drastic remedy' that should not be granted unless the movant 'clearly establishes the burden of persuasion as to the four requisites.'" ECF No. 15 at 4 (quoting *All Care Nursing Serv., Inc. v. Bethesda Mem'l Hosp., Inc.*, 887 F.2d

1

1535, 1537 (11th Cir. 1989)). Those requisites include a substantial likelihood of success on the merits and irreparable harm. The magistrate judge concludes Yoseph's delay in bringing the motion (the policy and his Muslim faith have coexisted for years) shows a lack of irreparable harm. I agree with this conclusion, and—as noted above—Yoseph has not objected to it. This failure precludes preliminary injunctive relief. I therefore need not reach the other factors, although I note it is quite unlikely that Yoseph has shown a substantial likelihood of success on the merits, based on the record before the court.

I now adopt the report and recommendation (ECF No. 15) and incorporate it into this order. The motion for preliminary injunction and temporary restraining order (ECF No. 10) is DENIED. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on December 9, 2024.

s/ *Allen Winsor*
United States District Judge